IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN JIMENEZ ESCANDON,

    Plaintiff,

v.                                           No. CV 11-494 JB/CG

GEO GROUP, INC., ET AL.,

    Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** comes before the Court on Plaintiff Ruben Escandon's *Motion for Extension of Time to File Motion in Opposition to Magistrate's Proposed Findings and Recommended Disposition*, (Doc. 20). Plaintiff's objections to the Court's *Proposed Findings* are currently due on March 9, 2012. Plaintiff states that he needs a thirty day extension of time to file objections because have adequate access to legal research materials. (*Id.*). The Court, having considered the motion, and otherwise being fully advised in the premises, **FINDS** the motion to be well taken.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Extension of Time to File Motion in Opposition to Magistrate's Proposed Findings and Recommended Disposition*, (Doc. 20) be **GRANTED**. Plaintiff's objections are due on or before April 9, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE