## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RUBEN JIMENEZ ESCANDON,

     Plaintiff,

v.                                                                    No. CV 11-494 JB/CG

GEO GROUP, INC., ET AL.,

     Defendants.

### <u>ORDER TO SHOW CAUSE</u>

**THIS MATTER** comes before the Court, *sua sponte*, for an Order directing Plaintiff to show cause why his case should not be dismissed. This Court recently filed *Proposed Findings and Recommended Disposition* ("PFRD") regarding Plaintiff's claims. (Doc. 28). The PFRD was returned as "undeliverable" and the notation on the envelope stated that Plaintiff had been paroled. (Doc. 29). Since then Plaintiff has not advised the Court of his new address, as required by the local rules. D.N.M.L.R.-Civ. 83.6 ("All . . . parties appearing *pro se* have a continuing duty to notify the Clerk, in writing, of any change in their . . . mailing address, telephone numbers, facsimile numbers, or electronic addresses."). Plaintiff's failure to apprise the Court of his current mailing address demonstrates a lack of interest in litigating his claims. *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984); *Link v. Wabash R.R.Co.*, 370 U.S. 626, 629-30 (1962).

**IT IS THEREFORE ORDERED** that Plaintiff show cause why his case should not be dismissed for failure to prosecute his claims and comply with the local rules. Plaintiff's response to this Order is due on or before June 1, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE